JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| BRIAN L. BROWN, | ) | No. ED CV 13-02136-AHS (VBK) |
| Plaintiff, | ) ) | ORDER FOR SUMMARY DISMISSAL |
| v. | ) ) | |
| LINDA T. McGREW, et al., | ) ) | |
| Defendants. | ) ) | |

On November 21, 2013, pro se Plaintiff Brian L. Brown's (hereinafter referred to as "Plaintiff") "Civil Rights Complaint pursuant to Bivens v. Six Unknown Agents, 403 U.S. 388 (1971)" entitled Brian L. Brown v. Linda T. McGrew, et al., was lodged in the United States District Court for the Central District of California pursuant to an October 25, 2013 "Transfer Order" from the United States District Court for the District of Columbia. On December 4, 2013, Plaintiff's Complaint was filed and given Case No. ED CV 13-02136-AHS (VBK), pursuant to the Court's "Order re Leave to File Action Without Prepayment of Full Filing Fees." Plaintiff names as Defendants Warden Linda T. McGrew; Mr. Luniz; Ms. Boyd; Mr. Prieto; Mr. Cintoran; Mr. Halstead; and Dr. Squetini. Plaintiff alleges that

Defendants violated his rights on July 15, 2013 and July 21, 2013. In Claim One, Plaintiff alleges that he was subjected to serious bodily injury by Defendant Luniz' comments to other inmates disclosing that Plaintiff was a sex offender. In Claim Two, Plaintiff alleges a First Amendment violation against his right to access the courts.  In Claim Three, Plaintiff alleges an Eighth Amendment violation and deliberate indifference against Defendant Dr. Squetini.

Previously on October 24, 2013, Plaintiff filed a "Civil Rights Complaint pursuant to <u>Bivens v. Six Unknown Agents</u>, 403 U.S. 388 (1971)" pursuant to the Court's Order re Leave to File Action Without Prepayment of Full Filing Fee, which was given Case No. ED CV 13-01497-AHS (VBK).  Plaintiff named as Defendants Warden Linda T. McGrew; Mr. Luniz; Ms. Boyd; Mr. Prieto; Mr. Cintoran; Mr. Halstead and Dr. Squetini.  Plaintiff alleges that Defendants violated his rights on July 15, 2013 and July 21, 2013. Plaintiff alleges the same three claims against the same Defendants as in Case No. CV 13-02136-AHS (VBK).

On January 7, 2014, the Court issued an Order to Show Cause why Case No. CV 13-02136-AHS (VBK) should not be dismissed or consolidated with Case No. CV 13-01497-AHS (VBK).

On January 27, 2014, Plaintiff filed a document requesting "permission for leave to withdraw duplicated action." Pursuant to

//
//
//
//
//
//

2

1 | Fed.R.Civ.P. 41(a)(1), Plaintiff's Complaint is hereby dismissed.

2 | **IT IS THEREFORE ORDERED** that the Complaint is hereby dismissed

3 | without prejudice.

5 | DATED: February 7, 2014

*ALICEMARIE H. STOTLER*
ALICEMARIE H. STOTLER
SENIOR UNITED STATES DISTRICT JUDGE

8 | Presented on
January 30, 2014 by

11 | /s/
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE

3